# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: ) | |
| ) | |
| Michael Cunningham, *Debtor* ) | |
| ) | Case No. 00-41753-jwv |
| ) | |
| The Chase Manhattan Bank, As trustee for the ) | Chapter: 13 |
| registered holders of Merrill Lynch Mortgage Investors, ) | |
| Inc., Series 1999-H2., by Litton Loan Servicing, Inc., ) | |
| loan servicing agent for *Moving Creditor* ) | |
| ) | |
| vs. ) | |
| ) | |
| Michael Cunningham, *Debtor* ) | |
| ) | |
| and ) | |
| ) | |
| Richard V. Fink, *Trustee* | |

## MOTION TO DISBURSE FUNDS FROM THE COURT REGISTRY

Comes Now, The Chase Manhattan Bank, As trustee for the registered holders of Merrill Lynch Mortgage Investors, Inc., Series 1999-H2., its subsidiaries, affiliates, predecessors in interests, successors or assigns, ("Movant"), and in support of its motion, states as follows:

1. On July 2, 2002, the Trustee made a disbursement to Creditor in the amount of $6,075.00 check #510392.

2. Creditor has no record of having received $6,075.00 check #510392.

3. On September 12, 2002, Trustee filed a Motion to Dismiss Case for default in plan payments and this Court granted Trustee's Motion on October 10, 2002.

4. On November 14, 2002, Trustee credited the $6,075.00 to this case since check #510392 was never cashed.

5. On December 24, 2002, the Trustee filed an Application to Deposit Funds into the Court Registry in the amount of $9,278.02.

2. Creditor requests a disbursement of $6,075.00 be made to them.

File No. 13940
Case No: 02-47080-jwv

WHEREFORE, Movant, its subsidiaries, affiliates, predecessors in interests, successors or assigns, prays that this Court grants Creditor's Motion to Disburse Funds from the Court Registry.

**South & Associates, P.C.**

/s/Steven L. Crouch
Steven L. Crouch,  (MBE #37783; EDMO #2903; KSFd #70244)
Daniel A. West,  (MBE # 48812; EDMO #98415; KSFd #70587)
Chelsea S. Herring  (MBE #51089; EDMO #118127; KS # 20522)
4600 Madison, Suite 801
Kansas City, MO 64112
(816) 300-7800 (Crouch Ext. 133; West Ext. 145; Herring Ext. 176)
(816) 300-7899 Fax
Attorneys For Creditor

File No. 13940
Case No: 02-47080-jwv